CAMPBELL, APPELLANT, v. ROCKYNOL RETIREMENT
COMMUNITY ET AL., APPELLEES.

[Cite as *Campbell v. Rockynol Retirement
Community* (1994), 71 Ohio St.3d 144.]

(No. 94–288—Submitted November 1, 1994—Decided December 14, 1994.)

---

*Dennis R. Thompson,* for appellant.

*Hahn, Loeser & Parks* and *Pamela S. Krivda,* for appellee Rockynol Retirement Community.

*Lewis J. DiRosario,* for appellee Tom Miller.

---

A discretionary appeal is allowed, the judgment of the court of appeals is reversed on the authority of *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.* (1994), 70 Ohio St.3d 281, 638 N.E.2d 991, and the cause is remanded to the trial court for further proceedings.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

MOYER, C.J., concurs separately.

F.E. SWEENEY, J., dissents.

MOYER, C.J., concurring separately. I concur separately in the judgment entry in the above-styled case. As stated in the concurring opinion in *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.* (1994), 70 Ohio St.3d 281, 638 N.E.2d 991, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.